UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL STAR INDEMNITY, CO.,<br>Plaintiff,<br>*v.*<br>SOMA SURGERY CENTER, INC.; SEAN S. RAVAEI, D.P.M., ZAIN JAMAL, an individual; NILOO CANNON, an individual; and WILLIAM CANNON, an individual,<br>Defendants. | Case No. 2:25-cv-08019-WLH-SSC<br>**JUDGMENT [60]** |

Pursuant to the Court's Order Re Motions for Judgment on the Pleadings, entered August 18, 2026 (Dkt. No. 59), which granted Plaintiff General Star Indemnity Company's Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure (Dkt. No. 43) and denied Defendants' Motion for Judgment on the (Dkt. No. 45),

**IT IS ADJUDGED THAT:**

1. The Jamal Lawsuit and the Cannon Lawsuit constitute "related claims" under the General Star July 25, 2023, to July 25, 2024, professional liability policy; and

2. General Star's coverage obligation for the Jamal Lawsuit and the Cannon Lawsuit is limited to one "Each Claim Limit" of $1 million.

Dated: October 6, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE